FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2012 AUG 22  PM 10: 27

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| SARAH S. WASHBURN, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. CV412-005 |
| vs. | ) |
| | ) |
| HOOVER CHRYSLER JEEP OF SAVANNAH, INC. | ) |
| Defendant. | ) |

## ORDER

The parties reported to the Court on August 8, 2012 that they have reached a tentative settlement in the case, pending preparation and execution of settlement documents and approval of the Bankruptcy Court and this Court, among other pre-conditions to final resolution of the case. For good cause shown and having considered the parties' joint motion to stay all deadlines pending settlement of the case, the Court hereby GRANTS the parties' motion and stays all deadlines until the parties' settlement is finalized. The parties' joint motion to stay the due date for filing a proposed pre-trial order (Doc. #30) is hereby rendered moot.

IT IS SO ORDERED this 22nd day of August 2012.

_____
United States District Judge
Southern District of Georgia

Prepared By:
Sarah H. Lamar
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
200 East Saint Julian Street
Post Office Box 9848
Savannah, Georgia 31401
(912) 236-0261